# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Epifanio Rendon-Tello<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25-mj-2352-Duty<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of  _Defendant_ , IT IS ORDERED that a detention hearing is set for _Monday, May 12_ , _2025_ , at _1:30_  ☐ a.m. / ☒ p.m. before the Honorable _Stephanie S. Christensen_ , in Courtroom _640_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: May 5, 2025

Hon. Stephanie S. Christensen
U.S. Magistrate Judge